972 A.2d 486

Catherine PISHNICK and Charles T. Pishnick, h/w, Petitioners

v.

Douglas Walter LASKE, M.D., and Temple University Hospital, Inc., Terrance S. Chilson, M.D., and St. Luke's Health Services, Inc., Individually and d/b/a Medical Associates of the Pocono Mountains and Michael H. Schuman, M.D., Respondents.

Catherine Pishnick and Charles T. Pishnick, h/w, Petitioners

v.

Medical Associates of Monroe County, P.C., Respondent.

Catherine Pishnick and Charles T. Pishnick, h/w, Petitioners

v.

Douglas Walter Laske, M.D., and Temple University Hospital, Inc., Terrance S. Chilson, M.D., and St. Luke's Health Services, Inc., Individually and d/b/a Medical Associates of the Pocono Mountains and Michael H. Schuman, M.D., Respondents.

Supreme Court of Pennsylvania.

May 21, 2009.

## *ORDER*

PER CURIAM.

**AND NOW,** this 21st day of May, 2009, the Petition for Allowance of Appeal and Petition for Allowance to File Addendum to Petition for Allowance of Appeal are **DENIED.**